AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America )
v. )
FELIPE RODRIGUEZ ALANIS )   Case No: 8:12-CR-160-T-27TGW
)
) USM No: 56699-018
Date of Original Judgment:     05/30/2013 )
Date of Previous Amended Judgment: _____ )   Tim Bower Rodriguez, Esq.
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Eighty-four (84)  months **is reduced to**  Sixty-nine (69)  months or time served, whichever is greater. *See* USSG § 1B1.10(b)(2)(C)

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/30/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/21/2015

Effective Date: 11/02/2015
*(if different from order date)*

_____
*Judge's signature*

UNITED STATES DISTRICT JUDGE
*Printed name and title*